
"UNDER SEAL"

FILED
CHARLOTTE, NC

SEP 22 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> (1) GREGORY ALLEN LEWIS ) <br> (2) DAVID LAMAR WOODS ) <br> ) | Docket No. 3:21cr- 233-RJC <br><br> *UNDER SEAL* |

## ORDER SEALING INDICTMENT, WARRANTS, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Bill of Indictment, the Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Bill of Indictment, the Arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office via email to Steven.Kaufman@usdoj.gov.

SO ORDERED this 22nd day of September 2021.

THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE