IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CR-233-RJC-DCK   *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GREGORY ALLEN LEWIS and ) | |
| DAVID LAMAR WOODS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal Bill Of Indictment And Arrest Warrants" (Document No. 16) filed October 27, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government requests that "the Bill of Indictment and the Arrest Warrants in this case be unsealed immediately, because there is no longer a need to protect the investigation." (Document No. 16, p. 1).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Unseal Bill Of Indictment And Arrest Warrants" (Document No. 16) is **GRANTED**.

Signed: October 27, 2021

David C. Keesler
United States Magistrate Judge